The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE, a foreign insurer, <br><br> Plaintiff, <br><br> v. <br><br> MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, a foreign insurer and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign insurer, <br><br> Defendants. | No. 2:20-cv-00457-RSL <br><br> ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS |

IT IS HEREBY ORDERED that the defendants' unopposed motion for extension of time to file responsive pleadings is GRANTED. In order to conduct necessary investigation, defendants Mesa Underwriters Specialty Insurance Company and First National Insurance Company of America shall have an extension of time to file their responsive pleadings until May 3, 2020.

IT IS SO ORDERED this 6th day of April, 2020.

_____
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS - 1
NO. 2:20-cv-00457-RSL

MURPHY ARMSTRONG & FELTON LLP
701 Millennium Tower
719 Second Avenue
Seattle, WA 98104
T/206-985-9770  F/206-985-9790

| | |
|---|---|
| 1 | Presented By: |
| 2 | MURPHY ARMSTRONG & FELTON LLP |
| 3 | |
| 4 | By: *s/ James P. Murphy*<br>James P. Murphy, WSBA #18125 |
| 5 | 701 Millennium Tower<br>719 Second Avenue<br>Seattle, WA 98104 |
| 6 | Phone:206-985-9770<br>Facsimile: 206-985-9790 |
| 7 | jpm@maflegal.com |
| 8 | Attorneys for Mesa Underwriters Specialty<br>Insurance Company |
| 9 | Approved as to form; |
| 10 | Notice of presentation waived: |
| 11 | FLYOD PFLUEGER & RINGER P.S |
| 12 | |
| 13 | By: *s/ William J. Dow (per e-mail authorization)*<br>Francis S. Floyd, WSBA #10642<br>William J. Dow, WSBA #55155 |
| 14 | 200 West Thomas Street, Suite 500<br>Seattle, WA 98119 |
| 15 | Phone: 206-441-4455<br>Facsimile: 206-441-8484 |
| 16 | ffloyd@floyd-ringer.com<br>wdow@floyd-ringer.com |
| 17 | *Attorneys for Defendant First National*<br>*Insurance Company of America* |

ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS - 2
NO. 2:20-cv-00457-RSL

**MURPHY ARMSTRONG & FELTON LLP**
701 Millennium Tower
719 Second Avenue
Seattle, WA 98104
T/206-985-9770  F/206-985-9790