The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE COMPANY, a foreign insurer<br><br>Plaintiff,<br><br>v.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, a foreign insurer and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign insurer,<br><br>Defendants. | No. 2:20-cv-00457-RSL<br><br>**ORDER TO EXTEND THE EXPERT DISCOVERY DEADLINE** |

**Upon consideration of the Stipulated Motion to Extend Expert Discovery Deadline, and finding good cause for said extension, it is hereby ORDERED that the deadline for Expert Discovery Deadline is amended as follows:**

| **Case Event** | **Amended Due Date** |
|---|---|
| Reports for Expert Witnesses under FRCP 26(a)(2): | December 4, 2020 |

It is further **ORDERED** that this extension will not impact the other scheduled deadlines in the matter.

Dated this 9th day of October, 2020.

1

2    _/s/ S Lasnik_
     Robert S. Lasnik
3    United States District Judge

4

5  Presented By:

6

7   LETHER LAW GROUP                           FLOYD PFLUEGER & RINGER, P.S.

8   */s/ Thomas Lether*_____                 */s/ William J. Dow*_____
    Thomas Lether, WSBA #18089                 Francis S. Floyd, WSBA #10642
9   */s/ Eric J. Neal*_____ _____             William J. Dow, WSBA #51155
    Eric J. Neal, WSBA #31863                  Amber L. Pearce, WSBA #31626
10  1848 Westlake Ave N., STE 100              200 West Thomas Street, Suite 500
    Seattle, WA 98109                          Seattle, WA 98119
11  P: 206-467-5444 F: 206-467-5544            P: 206-441-4455 F: 206-441-8484
    tlether@letherlaw.com                      ffloyd@floyd-ringer.com
12  eneal@letherlaw.com                        wdow@floyd-ringer.com
    *Attorneys for Plaintiff Mutual of Enumclaw*   apearce@floyd-ringer.com
13  *Insurance Company*                        *Attorneys for First National Insurance*
                                               *Company of America*
14

15  MURPHY ARMSTRONG & FELTON, LLP

16

17  */s/ James P. Murphy*_____
    James P. Murphy, WSBA #18125
18  */s/ Michael D. Topping*_____
    Michael D. Topping, WSBA #50995
19  701 Millennium Tower
    719 Second Avenue
20  Seattle, WA 98104
    P: 206-985-9770 F: 206-985-9790
21  jpm@maflegal.com
    mdt@maflegal.com
22  *Attorneys for Mesa Underwriters Specialty*
    *Insurance Company*
23