The Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE COMPANY, a foreign insurer<br><br>Plaintiff,<br><br>v.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, a foreign insurer and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign insurer,<br><br>Defendants. | No. 2:20-cv-00457-RSL<br><br>**ORDER EXTENDING EXPERT DISCOVERY DEADLINE TO MARCH 1, 2021**<br><br>*CLERK'S ACTION REQUIRED* |

Upon consideration of the Stipulated Motion to Extend Expert Discovery Deadline to March 1, 2021, and finding good cause for said extension, it is hereby ORDERED that the deadline for Expert Discovery Deadline is amended as follows:

| **Case Event** | **Amended Due Date** |
|---|---|
| Reports for Expert Witnesses under FRCP 26(a)(2): | March 1, 2021 |

No other deadline in the Amended Order Setting Trial Date & Related Dates (Dkt. #25) shall be modified by this Order.

Dated this __17th__ day of February, 2021.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER EXTENDING EXPERT DISCOVERY DEADLINE TO MARCH 1, 2021 - 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1

2  Presented By:

3  LETHER LAW GROUP                          FLOYD PFLUEGER & RINGER, P.S.

4

5  */s/ Thomas Lether*_____                 */s/ William J. Dow*
   Thomas Lether, WSBA #18089                 Francis S. Floyd, WSBA #10642
   */s/ Eric J. Neal*_____               William J. Dow, WSBA #51155
6  Eric J. Neal, WSBA #31863                  Amber L. Pearce, WSBA #31626
   1848 Westlake Ave N., STE 100              200 West Thomas Street, Suite 500
7  Seattle, WA 98109                          Seattle, WA 98119
   P: 206-467-5444 F: 206-467-5544            P: 206-441-4455 F: 206-441-8484
8  tlether@letherlaw.com                      ffloyd@floyd-ringer.com
   eneal@letherlaw.com                        wdow@floyd-ringer.com
9  *Attorneys for Plaintiff Mutual of Enumclaw*  apearce@floyd-ringer.com
   *Insurance Company*                        *Attorneys for First National Insurance*
10                                            *Company of America*

11

12

13

14

15

16

17

18

19

20

21

22

23