The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, a foreign insurer and FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign insurer,<br><br>Defendants. | No. 2:20-cv-00457-RSL<br><br>**ORDER EXTENDING EXPERT DISCOVERY DEADLINE TO MARCH 15, 2021**<br><br>*CLERK'S ACTION REQUIRED* |

Upon consideration of the Stipulated Motion to Extend Expert Discovery Deadline to March 15, 2021, and finding good cause for said extension, it is hereby ORDERED that the deadline for Expert Discovery Deadline is amended as follows:

| **Case Event** | **Amended Due Date** |
|---|---|
| Reports for Expert Witnesses under FRCP 26(a)(2): | March 15, 2021 |

No other deadline in the Amended Order Setting Trial Date & Related Dates (Dkt. #25) shall be modified by this Order.

Dated this __2nd__ day of March, 2021.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented By:

| LETHER LAW GROUP | FLOYD PFLUEGER & RINGER, P.S. |
|---|---|
| */s/ Thomas Lether*_____ | */s/ William J. Dow*_____ |
| Thomas Lether, WSBA #18089 | Francis S. Floyd, WSBA #10642 |
| */s/ Eric J. Neal*_____ | William J. Dow, WSBA #51155 |
| Eric J. Neal, WSBA #31863 | Amber L. Pearce, WSBA #31626 |
| 1848 Westlake Ave N., STE 100 | 200 West Thomas Street, Suite 500 |
| Seattle, WA 98109 | Seattle, WA 98119 |
| P: 206-467-5444 F: 206-467-5544 | P: 206-441-4455 F: 206-441-8484 |
| tlether@letherlaw.com | ffloyd@floyd-ringer.com |
| eneal@letherlaw.com | wdow@floyd-ringer.com |
| *Attorneys for Plaintiff Mutual of Enumclaw Insurance Company* | apearce@floyd-ringer.com |
| | *Attorneys for First National Insurance Company of America* |