The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE COMPANY, a foreign insurer,<br><br>                      Plaintiff,<br>    v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign insurer,<br><br>                  Defendants. | No. 2:20-cv-00457-RSL<br><br>STIPULATED MOTION TO DISMISS ALL CLAIMS AND ORDER |

The Plaintiff and Defendant, through their undersigned attorneys, agree to and jointly move for entry of an order dismissing this case with prejudice and without costs or fees to either party. A proposed order accompanies this stipulated motion.

SO STIPULATED this 16th day of March, 2021.

LETHER LAW GROUP

 /s/ Thomas Lether
Thomas Lether, WSBA No. 18089
Eric J. Neal, WSBA No. 31863
1848 Westlaw Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for Plaintiff*

FLOYD, PFLUEGER & RINGER, P.S.

 /s/ William J. Dow
Francis S. Floyd, WSBA No. 10642
Amber L. Pearce, WSBA No. 31626
William J. Dow, WSBA No. 51155
200 W. Thomas St., Suite 500
Seattle, Washington 98026
P: 206-441-4455/F: (206) 441-8484
ffloyd@floyd-ringer.com
apearce@floyd-ringer.com
wdow@floyd-ringer.com
Attorneys for Defendant First National

STIPULATED MOTION TO DISMISS ALL CLAIMS
AND ORDER - 1

1

**ORDER**

2    This matter, having come before the Court on the foregoing stipulation, and the Court

3  finding good cause, hereby orders that this case shall be dismissed with prejudice and without

4  an award of costs or fees to any party. The Clerk is directed to enter this Order and dismissal

5  with prejudice of this action.

6

7    Dated this __17th__ day of _____March_____, 2021.

8

9

10                *[signature]*
                  _____

11                Robert S. Lasnik
                  United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION TO DISMISS ALL CLAIMS          FLOYD, PFLUEGER & RINGER P.S.
AND ORDER - 2                                    200 WEST THOMAS STREET, SUITE 500
                                                 SEATTLE, WA   98119
                                                 TEL 206 441-4455
                                                 FAX 206 441-8484